

FILED
CLERK, U.S. DISTRICT COURT

FEB 17 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>LUIS ALBERTO ARAUJO-MONTELLANO<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-04201-DUTY<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of _the defendant_____, IT IS ORDERED that a detention hearing is set for _February 20_____, _2026_____, at _11:00_____ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_____
*(Other custodial officer)*

Dated: _February 17, 2026_____

_Karen L. Stevenson_
U.S. Magistrate Judge